■ MICHAEL HOTALING et al., Respondents, v EXCELLUS HEALTH PLAN, INC., Appellant. [874 NYS2d 842]—Appeal from an order of the Supreme Court, Onondaga County (Deborah H. Karalunas, J.), entered April 2, 2008 in a breach of contract action. The order denied the motion of defendant to disqualify counsel for plaintiffs.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Hurlbutt, J.P., Smith, Fahey, Green and Pine, JJ.